**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1580

_____

CURLEE SHERMAN,

                          Plaintiff - Appellant,

          versus

ORANGEBURG MENTAL HEALTH,

                          Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.   Margaret B. Seymour, District
Judge.  (CA-04-585-5)

_____

Submitted: August 25, 2004      Decided: September 20, 2004

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Curlee Sherman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curlee Sherman appeals the district court's judgment adopting the magistrate judge's order that dismissed his complaint pursuant to a previously entered prefiling review order. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. See Sherman v. Orangeburg Mental Health, No. CA-04-585-5 (D.S.C. filed Apr. 22, 2004, entered Apr. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED